UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                                                   CRIMINAL NO. 3:21CR-114-DJH

CHARLES MCMILLIN                                       DEFENDANT

## PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Petitioner, United States of America, by counsel, respectfully shows to this Honorable Court that Charles McMillin is now confined in the Floyd County Jail at New Albany, Indiana, under authority of the Jailer, and in accordance with the laws thereof, having been convicted of an offense against the laws of the State of Indiana by virtue of which sentence the Jailer of said Floyd County Jail now holds the said Charles McMillin.

Your petitioner avers that a criminal proceeding is now pending in the United States District Court for the Western District of Kentucky, at Louisville, Kentucky, charging him with violations of Title 18, United States Code Section 922(g)(1), which action will be called for arraignment before this Honorable Court on February 25, 2022 at 10:30 am at Louisville, Kentucky.

WHEREFORE, your petitioner prays that this Honorable Court forthwith order a writ of habeas corpus ad prosequendum to issue from this Court to the United States Marshal for the Western District of Kentucky, and the Jailer of Floyd County Jail at New Albany, Indiana, requiring them to produce the body of the said Charles McMillin on or before the 25th day of

February, 2022 at 10:30 am, at Louisville, Kentucky, and to remain in federal custody until final resolution of this case, for the purpose of defending, if he wishes, against said prosecution.

Respectfully submitted,

MICHAEL A. BENNETT
United States Attorney


*s/ Joshua R. Porter*
Joshua R. Porter
Special Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
PH: (502) 582-5911
FAX: (502) 582-5067


DATE: January 26, 2022