Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
(Filed Electronically)

CRIMINAL ACTION NO. 3:21CR-114-DJH
UNITED STATES OF AMERICA,                              PLAINTIFF,

vs.

CHARLES MCMILLIN,                                        DEFENDANT.

**DEFENDANT'S PROFFER OF LETTER
RELEVANT TO SENTENCING**

Comes the defendant, by counsel, pursuant to 18 U.S.C. §3661, and proffers the attached letter for consideration by the Court in imposing an appropriate sentence herein.

18 U.S.C. § 3661 provides in pertinent part that "no limitation shall be placed on the information concerning the background, character, and conduct of [the defendant] which a court of the United States may receive and consider for the purpose of imposing an appropriate sentence."

                                                   /s/ Scott T. Wendelsdorf
                                                   Federal Defender
                                                   200 Theatre Building
                                                   629 Fourth Avenue
                                                   Louisville, Kentucky 40202
                                                   (502) 584-0525

                                                   Counsel for Defendant

## CERTIFICATE

I hereby certify that on October 18, 2022, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following: Joshua Porter, Assistant United States Attorney.

/s/ Scott T. Wendelsdorf

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808