May 30, 2022

,

To whom it may concern,

My name is Michelle Robison, I am the mother of Charles McMillin the 3rd. I am writing this letter in the support of Charles Russell McMillin the 3rd born ▮▮/1991, Charles is currently incarcerated at the Oldham County Detention Center, in LaGrange, Kentucky; he has court on July 11 of 2022.

I believe Charles Russell McMillin the 3rd has had time to grow into a man, he has matured and learned from his life decisions. He has had sober time to stop, sit and think, deep soul searching. He has had time to focus on himself: past, present, and future. He is now focused on the needed life skills to continue his growth as a positive, productive, role model and citizen.

During this incarceration he lost his father, his best friend since Charles turned eighteen. This made Charles recognize that life can stop at any given moment, he and his father did everything together. His father influenced a lot of Charles past choices. With his father no longer here, Charles can focus on himself. Also, with his father's passing it has hit him that he is the only man in our family now. He has three sisters that he needs to be there for. They love him and will support him in any positive way they can. He has grandpa "Papa" that sure would like to see "that boy become a man while I'm here, he's got it in him, he just needs the right company." Charles wants to be there for his papa like so many times before. Mow the lawn, clean a coffee spill, grab a remote. Papa and he would just sit on the porch and share life. papa has less than a year to live. Charles would like to take the opportunity to help his papa in his last year of life.

During this incarceration He also lost his closest grandmother. My mother the woman that he called "Nana," his hero. I believe this as well as other things has impacted Charles' future life choices. Charles was super close with his Nana and Papa. His Nana passed after seven long weeks hanging on saying, "I'm gonna wait on my boy, when's RJ coming home?" she passed as he continued to sit and think. He realized he has missed out on so much but looks forward to so much more out of life.

Charles McMillin the 3rd also has two sons. ▮▮▮ Russell. ▮▮▮ is 11 months old. Charles was a great father when he was with ▮▮▮. He wants to show ▮▮▮ a positive daddy. He wants to take care of his children financially and emotionally. Charles also has an older child, Chase; that because of choices he was not allowed to be in that child's life. Charles now acknowledges that he needs to focus on being a role model for his children.


I as his mother had not much of a relationship with my son in his adult years, because of his lifestyle. I would not allow a relationship with Charles while he was making poor choices. I have seen and heard momentous changes in him, and I am willing to support him in a positive

May 30,2022

successful life. I am co-owner of HFH LLC Home Repair & Remodeling located at 1840 East Park Place Jeffersonville, IN 47130. We, I and the other co-owner William Herdt will give Mr. McMillin employment. He will be working full time 6 days a week. He will always be working with one or both of us. I am also willing to let Mr. McMillin stay in our home, he will pay rent at the same address as listed above. There are strict schedules to keep. Responsibilities and expectations that he must follow. This employment will help him connect with the community on a positive manner. This business has potential to grow and one day the business could be turned over to Charles Russel McMillin the 3rd. He has told me he is willing to work hard. He wants to be someone. He wants to work hard and earn a successful lifestyle.

I believe Charles Russell McMillin the 3rd will continue to mature, grow and he will be a productive member of society. He has a clear head, a positive mind set, a job, a home, and all the positive support he can get. He can set goals and achieve them. If given the opportunity he will succeed.

Sincerely,

Michelle Robison